USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 3 2008

Judge Daniels

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEIJER, INC. and MEIJER DISTRIBUTION, INC.,
on behalf of themselves and all others similarly situated,

                Plaintiffs,

vs.

LG ELECTRONICS, INC.; LP DISPLAYS
INTERNATIONAL LTD. f/k/a LG. PHILIPS
DISPLAYS; KONINKLIJKE PHILIPS
ELECTRONICS N.V. a/k/a ROYAL PHILIPS
ELECTRONICS N.V.; PHILIPS ELECTRONICS
NORTH AMERICA CORPORATION;
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.;
PANASONIC CORPORATION OF NORTH
AMERICA; SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG SDI CO. LTD. f/k/a SAMSUNG DISPLAY
DEVICE CO. LTD.; SAMSUNG ELECTRONICS
AMERICA, INC.; SAMSUNG SDI AMERICA, INC.;
TOSHIBA CORPORATION; TOSHIBA AMERICA
ELECTRONICS COMPONENTS, INC.; TOSHIBA
AMERICA INFORMATION SYSTEMS, INC.;
MATSUSHITA TOSHIBA PICTURE DISPLAY CO.,
LTD. a/k/a MT PICTURE DISPLAY CO., LTD.; MT
PICTURE DISPLAY CORPORATION OF AMERICA
(NEW YORK); MT PICTURE DISPLAY
CORPORATION OF AMERICA (OHIO);
CHUNGHWA PICTURE TUBES, LTD.; and
TATUNG COMPANY OF AMERICA, INC.,

                Defendants.

Civil Action No.: 07 CV 10674 (UA)

**STIPULATION RE EXTENSION OF
TIME FOR DEFENDANT TO
ANSWER, MOVE, OR OTHERWISE
RESPOND TO PLAINTIFF'S
COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/07

WHEREAS Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") filed a complaint in the above-captioned case on or about November 29, 2007;

WHEREAS Plaintiffs allege antitrust violations by manufacturers, distributors, and sells of cathode-ray tubes and products containing cathode-ray tubes (collectively, "CRT products");

WHEREAS six complaints have been filed to date in federal district courts through the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of CRT products (collectively, "the CRT Cases");

WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the CRT Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, a response to the motion has been filed, and the parties anticipate that additional responses will be filed by Plaintiffs and various defendants;

WHEREAS Plaintiffs anticipate the possibility of a consolidated amended complaint in the CRT Cases;

WHEREAS Plaintiffs and Defendant Philips Electronics North America Corporation ("Philips") have agreed that an orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for the parties and for the Court;

WHEREAS Plaintiffs agree that the deadline for Philips to answer, move, or otherwise respond to the complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CRT Cases; or (2) forty-five days after Plaintiffs provide written notice to Philips that Plaintiffs do not intend to file a consolidated amended complaint, provided, however, that, in the event that Philips should

2

agree to an earlier response date in any CRT case, Philips will respond to the complaint in the above-captioned action on that earlier date;

WHEREAS Philips agrees that, if any other steps are taken in any other CRT Case – such as the production of documents, the entry of any stipulation to preserve documents or similar activity – Philips will undertake such actions in this case as well;

WHEREAS Plaintiffs further agree that this extension is available, without further stipulation with counsel for Plaintiffs, to all named defendants who notify Plaintiffs in writing of their intention to join this stipulation and abide by its terms as of they were Philips;

WHEREAS this stipulation does not constitute a waiver by Philips of any defense, including, but not limited to, the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process; and

WHEREAS with respect to any named defendant joining the stipulation, this stipulation does not constitute a waiver of any defense, including, but not limited to, the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

THEREFORE, Plaintiffs and defendant Philips, by and through their respective counsel of record, hereby stipulate as follows:

1.   The deadline for Philips to answer, move, or otherwise respond to the complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CRT Cases; or (2) forty-five days after Plaintiffs provide written notice to Philips that Plaintiffs do not intend to file a consolidated amended complaint, provided, however, that, in the event that Philips should agree to an earlier response date in any

CRT Case, Philips will respond to the complaint in the above-captioned action on that earlier date.

2.    If any other steps are taken in any other CRT Case in which Philips is named as a party – such as the production of documents, the entry of any stipulation to preserve documents or similar activity – Philips will undertake such actions in this case as well.

3.    This extension is available, without further stipulation with counsel for Plaintiffs, to all named defendants who notify Plaintiffs in writing of their intention to join this stipulation.

4.    This stipulation does not constitute a waiver by Philips, or any other named defendant joining the stipulation, of any defense, including, but not limited to, the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO STIPULATED.**

Dated: December 19, 2007

By: *Gregory K. Arenson*
Robert N. Kaplan (RK-3100)
Linda P. Nussbaum (LN-9336)
Gregory K. Arenson (GK-2426)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
E-mail: rkaplan@kaplanfox.com
lnussbaum@kaplanfox.com
garenson@kaplanfox.com

So Ordered.
*Jimina Cote*
Part I
December 21, 2007

4

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Fax: (312) 224-1510
E-mail: jvanek@vaneklaw.com
        dgermaine@vaneklaw.com

Paul E. Slater
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Fax: (312) 64106492
E-mail: pes@sperling-law.com

Attorneys for individual and representative
plaintiffs Meijer, Inc. and Meijer Distribution, Inc.

By: _____
    Ethan E. Litwin (EL 7083)
**HOWREY LLP**
153 East 53rd Street, 54th Fl.
New York, NY 10022
Telephone: (212) 896-6591
Fax: (212) 896-6501
E-mail: litwine@howrey.com

Attorneys for Defendant Philips Electronic North
America Corporation

JAN 0 3 2008

_____
U.S.D.J.
HON. GEORGE B. DANIELS

5

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the preceding document was sent, in the manner described below, to the following attorneys on this 20th day of December 2007.

Gregory Keith Arenson
Linda P. Nussbaum
Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714
By mail

_____
Amory Donelly (4527)